WO

RP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ammiel Cornish, | No. CV 10-2433-PHX-RCB (ECV) |
| Plaintiff, | **ORDER** |
| vs. | |
| Corrections Corporation of America, | |
| Defendant. | |

On October 29, 2010, Plaintiff Ammiel Cornish, who is confined in the Central Arizona Detention Center in Florence, Arizona, filed a *pro se* civil rights Complaint (Doc. 1) in the United States District Court for the Eastern District of California. By Order filed November 10, 2010 (Doc. 3), the Eastern District of California Court transferred Plaintiff's case (10-CV-2921-CMK) to this Court. On November 10, 2010, this action was received from the Eastern District of California Court and assigned to the undersigned Judge (Doc. 5).

Because Plaintiff had not paid the $350.00 civil action filing fee or filed an Application to Proceed *In Forma Pauperis*, the Court, by Order filed December 2, 2010 (Doc. 7), gave Plaintiff 30 days to pay the fee or file a completed Application to Proceed *In Forma Pauperis* and a certified six-month trust account statement.

## I.  Request for Extension of Time

To date, Plaintiff has not complied with the Court's December 2, 2010 Order (Doc. 7).

JDDL

However, on December 20, 2010, Plaintiff filed an untitled pleading (Doc. 8), in which he asks the Court for an extension of time to file his Application to Proceed *In Forma Pauperis*. Plaintiff's request will be granted and Plaintiff will be given 30 days from the filing date of this Order to comply with the Court's December 2, 2010 Order (Doc. 7), by either paying the $350.00 filing fee or filing a completed Application to Proceed *In Forma Pauperis* and a certified six-month trust account statement.

**II.     Format Requirements of Local Rules of Civil Procedure**

The Court notes that Plaintiff's untitled pleading (Doc. 8) utterly fails to meet the format requirements of Rule 7.1(a) of the Local Rules of Civil Procedure. Plaintiff is admonished that any pleading that he may submit for filing in the future must conform to the format requirements of Rule 7.1(a), or it will be stricken from the record without further notice to him. Simply mailing in a letter to the Clerk of Court or to a Magistrate or District Judge is not acceptable. Any request by Plaintiff for action from this Court must be in the form of a motion that is in the format required by the Local Rules of Civil Procedure.

**III.     Warnings**

**A.     Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**B.     Copies**

Plaintiff must submit an additional copy of every filing for use by the Court. See LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Plaintiff.

**C.     Possible Dismissal**

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to

1  comply with any order of the Court).

2  **IT IS ORDERED:**

3      (1)    Plaintiff's request in his untitled pleading (Doc. 8) for an extension of time is

4  **granted**.

5      (2)    Plaintiff has **30 days** from the filing date of this Order to comply with the

6  Court's December 2, 2010 Order (Doc. 7) by **either** paying the $350.00 filing fee **or** filing

7  a completed Application to Proceed *In Forma Pauperis* and a certified six-month trust

8  account statement.

9      (3)    **If** Plaintiff fails to either pay the $350.00 filing fee or file a completed

10 Application to Proceed *In Forma Pauperis* within 30 days, the Clerk of Court **must enter**

11 a judgment of dismissal of this action without prejudice and without further notice to

12 Plaintiff.

13      DATED this ___24___ day of December, 2010.

14

15

16                                      Robert C. Broomfield

17                                      Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28

JDDL                                          - 3 -