1  **WO**

2

3

4

5

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE DISTRICT OF ARIZONA**

8

9  Ammiel Cornish,                          )    No. CV 10-2433-PHX-RCB (ECV)
                                            )
10            Plaintiff,                     )    **ORDER FOR PAYMENT**
                                            )
11  vs.                                      )    **OF INMATE FILING FEE**
                                            )
12                                           )
   Corrections Corporation of America, et al.,)
13                                           )
             Defendants.                     )
14                                           )
   _____)

15

16  **TO: THE WARDEN OF THE FLORENCE CORRECTIONAL CENTER**

17         Plaintiff Ammiel Cornish, Agency inmate #AD7491 and Corrections Corporation of

18  America inmate #1616119, who is confined in the Florence Correctional Center, must pay

19  the statutory filing fee of $350.00.  Plaintiff must first pay an initial partial filing fee of $3.51.

20  Thereafter, Plaintiff must pay the balance of the fee in monthly payments of 20% of the

21  preceding month's income credited to Plaintiff's trust account.  The Warden of the Florence

22  Correctional Center or his/her designee must collect and forward these payments to the Clerk

23  of Court each time the amount in the account exceeds $10.00.

24  **IT IS ORDERED:**

25         (1)      The Warden of the Florence Correctional Center or his/her designee **must**

26  **forward** to the Clerk of Court the initial partial filing fee of $3.51.  The balance of the

27  $350.00 filing fee must be collected from Plaintiff's trust account in monthly payments of

28  20% of the preceding month's income credited to the account.  Payments must be forwarded

to the Clerk of the Court each time the amount in the account exceeds $10.00.  The payments must be clearly identified by the name and number assigned to this action.

(2)     The Warden of the Florence Correctional Center or his/her designee **must notify** the Clerk of Court in writing when Plaintiff is released or transferred to a correctional institution other than the Florence Correctional Center, so new billing arrangements may be made to collect any outstanding balance.

(3)     The Clerk of Court **must serve by mail** a copy of this Order on Warden of the Corrections Corporation of America's Florence Correctional Center, 1100 Bowling Road, Florence, Arizona 85132.

(4)     The Clerk of Court **must forward** a copy of this Order to Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona.  Financial Administration must set up an account to receive payments on the filing fee for this action and must notify the Court when the filing fee is paid in full.

DATED this 17th day of March, 2011.


Robert C. Broomfield
Senior United States District Judge